clsfm 04/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Jessica Lindsey Tucker**
3368 C Street #B
San Diego, CA 92102
xxx–xx–4050
*No Known Aliases*

Case number: 10–11267–MM7
Chapter: 7
Judge  Margaret M. Mann

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor(s) did not file proof of completion of *Instructional Course Concerning Personal Financial Management*. If the Debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the *Financial Management Course Certificate*, the Debtor(s) must pay the reopening fee.

It appearing to the Court that the Trustee in the above–entitled case has filed a *Report of No Distribution* and that the said Trustee has performed all other duties required of the Trustee in the administation of said case; now, therefore, **IT IS ORDERED** that said report be and it hereby is approved and the case is closed; and the Trustee is discharged from and relieved of his trust.

Dated: 9/30/10

Barry K. Lander
Clerk of the Bankruptcy Court