clsfm 04/07

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Jessica Lindsey Tucker**
 3368 C Street #B
 San Diego, CA 92102
 xxx−xx−4050
 *No Known Aliases*

Case number:  10−11267−MM7
Chapter:  7
Judge  Margaret M. Mann

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor(s) did not file proof of completion of *Instructional Course Concerning Personal Financial Management*. If the Debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the *Financial Management Course Certificate*, the Debtor(s) must pay the reopening fee.

It appearing to the Court that the Trustee in the above−entitled case has filed a *Report of No Distribution* and that the said Trustee has performed all other duties required of the Trustee in the adminstation of said case; now, therefore, **IT IS ORDERED** that said report be and it hereby is approved and the case is closed; and the Trustee is discharged from and relieved of his trust.

 Dated:  9/30/10

Barry K. Lander
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: tschmitt              Page 1 of 1          Date Rcvd: Sep 30, 2010
Case: 10-11267                Form ID: clsfm              Total Noticed: 10

The following entities were noticed by first class mail on Oct 02, 2010.
db           +Jessica Lindsey Tucker,    3368 C Street #B,    San Diego, CA 92102-2434
aty          +Julian McMillan,    McMillan Law Group,    5402 Ruffin Road, Suite 250,    San Diego, CA 92123-1318
tr           +Gregory A. Akers,    P. O. Box 26219,    San Diego, CA 92196-0219
12370954     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
12370955     +Mil Star,    3911 Walton Walker,    Dallas, TX 75236-1509
12370956      Navy Fcu,    1 Security Place,    Merrifield, VA 22116
12370957     +Portfolio Recvry&Affil (Original Cr,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
12370958     +South West Recovery (Original Credi,    535 Broadway Ste 205,    El Cajon, CA 92021-5464
12370959    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    7676 Hazard Center Dr St,
                San Diego, CA 92108)
12370960     +Wfnnb/Expres,    Po Box 330066,    Northglenn, CO 80233-8066

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2010**                    Signature:    _Joseph Speetjens_