[08/21/00]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on October 08, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

Jessica Lindsey Tucker

BANKRUPTCY NO. 10-11267-MM-7

Debtor.

## ORDER REOPENING CASE

It appearing through inadvertence that the within estate was closed on 9/30/10, and

It further appearing that


and that the within case should be reopened, now and for good cause showing,

**IT IS ORDERED** that the estate of the above-named debtor be, and it is hereby reopened pursuant to Federal Rule of Bankruptcy Procedure 5010 for any action as may be deemed necessary.

//

//

//

DATED: October 07, 2010

_____
Judge, United States Bankruptcy Court

cc: Debtor, Trustee, Attorney for Debtor

CSD 1490