[08/21/00]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on October 08, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

In Re

Jessica Lindsey Tucker

BANKRUPTCY NO. 10-11267-MM-7

Debtor.

# ORDER REOPENING CASE

It appearing through inadvertence that the within estate was closed on 9/30/10, and

It further appearing that

the case was prematurely closed and that an Order of Discharge needs to be processed

and that the within case should be reopened, now and for good cause showing,

**IT IS ORDERED** that the estate of the above-named debtor be, and it is hereby reopened pursuant to Federal Rule of Bankruptcy Procedure 5010 for any action as may be deemed necessary.

//

//

//

DATED: October 07, 2010

_Margaret M Mann_

Judge, United States Bankruptcy Court

cc: Debtor, Trustee, Attorney for Debtor

CSD 1490

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: tschmitt              Page 1 of 1              Date Rcvd: Oct 08, 2010
Case: 10-11267                Form ID: pdfO5              Total Noticed: 3

The following entities were noticed by first class mail on Oct 10, 2010.
db          +Jessica Lindsey Tucker,    3368 C Street #B,    San Diego, CA 92102-2434
aty         +Julian McMillan,    McMillan Law Group,    5402 Ruffin Road, Suite 250,    San Diego, CA 92123-1318
tr          +Gregory A. Akers,    P. O. Box 26219,    San Diego, CA 92196-0219

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 10, 2010**             Signature:    _Joseph Speetjens_